## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Marshall & Dara-Gans Marshall, Appellants | : : : | |
| v. | : : | No. 102 C.D. 2020 |
| East Bradford Township Board of Supervisors and Daniel Soland and Dorothy Soland | : : : | |

**PER CURIAM**         **O R D E R**

NOW, April 9, 2021, having considered Appellees Daniel and Dorothy Soland's application for reargument and Appellants' answer in response thereto, the application is denied.